**UNITED STATES of America,**
**Appellee,**

v.

**Roger WATSON, Defendant–Appellant,**

**Delroy REID, Defendant.**

No. 03–1709.

United States Court of Appeals,
Second Circuit.

Feb. 10, 2005.

Jacob W. Buchdahl, Assistant United States Attorney (Margery B. Feinzig, Assistant United States Attorney; David N. Kelley, United States Attorney for the Southern District of New York, on the brief), United States Attorney's Office for the Southern District of New York, New York, NY, for Appellee.

Jeremy Gutman (Ilissa Brownstein), New York, NY, for Appellant, of counsel.

Present: KEARSE, CABRANES, Circuit Judges and KORMAN,* District Judge.

* The Honorable Edward R. Korman, Chief Judge of the United States District Court for

## SUMMARY ORDER

Following the Supreme Court's decision in *United States v. Booker*, — U.S. —, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), this Court has issued an opinion in *United States v. Crosby*, 397 F.3d 103, No. 03–1675, 2005 WL 240916, 2005 U.S.App. LEXIS 1699 (2d Cir. Feb. 2, 2005), setting forth the procedure that we will normally follow with respect to appeals of criminal sentences rendered by district courts prior to *Booker*. Appellant is directed to submit to the Clerk of this Court by 5 p.m. on Monday, February 14, 2005, a one-page statement indicating whether appellant seeks a remand for consideration of whether resentencing should occur in light of *Booker* and *Crosby*.